# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESSE W. ANDERSON,
Appellant,
vs.
STATE OF NEVADA DEPARTMENT
OF EMPLOYMENT, TRAINING &
REHABILITATION, EMPLOYMENT
SECURITY DIVISION,
Respondent.

No. 78242

FILED

APR 17 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on March 4, 2019, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Barry L. Breslow, District Judge
     Jesse W. Anderson
     Attorney General/Carson City
     Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-16876